IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN HARVEY MCDOWELL,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FIRE & CASUALTY COMPANY,<br><br>Defendant. | 4:23CV3238<br><br><br>ORDER |

Plaintiff returned an unsigned summons form and what appears to be a return of service card to the Clerk of Court. The summons form needs to be signed by the Clerk of Court before it is served.

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall send another summons form to Plaintiff. Plaintiff shall complete the form and send it back to the Clerk of Court. Upon receipt of the properly completed form, the Clerk of Court will sign the summons form and forward it to Plaintiff for service of process.

Dated this 2nd day of January, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge